

# NUMBER 13-10-00682-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CORPUS CHRISTI RETAIL VENTURE LP,**                              **Appellant,**

**v.**

**ULLAH BROTHERS INC., D/B/A AMAN'S JEWELERS I & II,**     **Appellee.**

---

### On appeal from the 28th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Corpus Christi Retail Venture LP, perfected an appeal from a judgment entered by the 28th District Court of Nueces County, Texas, in cause number 09-2193-A. The parties have filed a joint motion to reverse the judgment and remand to the trial court on grounds that the parties have resolved this matter at mediation.   The parties request

that we reverse the trial court's judgment and remand the case for further proceedings consistent with the parties' settlement.

The Court, having considered the documents on file and the joint motion to reverse and remand, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, the joint motion is granted. We REVERSE the trial court's judgment without regard to the merits, and REMAND this case to the trial court for further proceedings in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having reversed the trial court's judgment and remanded the case at the parties' request, no motion for rehearing will be entertained.


PER CURIAM

Delivered and filed the
22nd day of November, 2011.